﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/21 Archive Date: 03/31/21

DOCKET NO. 200729-100693
DATE: March 31, 2021

ORDER

The appeal is dismissed.

 

FINDING OF FACT

There is no prior decision for review. 

CONCLUSION OF LAW

The appeal is dismissed for lack of jurisdiction. 38 U.S.C. § 7105; 38 C.F.R. § 20.104. 

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from September 1950 to October 1952. The appellant is his surviving spouse. 

In July 2020, the appellant submitted a VA Form 10182, elected Direct Review, and attempted to appeal an issue with respect to death benefits. However, as there is no decision adjudicating an appealable issue, the July 2020 VA Form 10182 did not initiate an appeal. 

The Board notes that a May 2020 letter notified the appellant that an April 2020 letter indicating her claim would be reviewed was in error, and of the specific instructions for filing the required Supplemental Claim. 

(Continued on the next page)

 

In addition, the Board acknowledges that VA docketed the VA Form 10182 that the appellant submitted in July 2020. However, this action did not create Board jurisdiction, as there is no decision for review. 

The Board is without jurisdiction in this matter. See 38 U.S.C. § 7105; 38 C.F.R. § 20.104(c). In light of the foregoing, the appeal is dismissed.

 

 

RYAN T. KESSEL

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board M. Taylor

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.